United States District Court
Southern District of Texas
FILED

NOV 1 8 2005

Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED

NOV 2 1 2005

Michael N. Milby, Clerk
Laredo Division

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. L-05-CR-2210** |
| | § | |
| **Jaime Gutierrez Bautista** | § | |

**ORDER**

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on November 10, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 18 day of November, 2005.

MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE